# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147143 & (19)(20)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v                                         SC:  147143
                                          COA:  311275
                                          Wayne CC:  03-002803-FC
MARVIN HOTCHKISS,
      Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the April 25, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).  The motions to remand are DENIED.



s0923

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013


                                              Clerk